**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SMILEDIRECTCLUB, LLC,** | UNDERLYING LITIGATION: |
| Petitioner, | CASE NO. 3:19-CV-00845 |
| vs. | U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |
| **AMERICAN DENTAL ASSOCIATION,** | CASE NO. |
| Respondent. | **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Petitioner SmileDirectClub, LLC ("Petitioner" or "SDC"), respectfully states as follows:

SDC is a limited liability company and its member, SDC Financial, LLC ("SDC Financial"), a Delaware limited liability company, is the sole member of SDC. SmileDirectClub, Inc. ("SDC Inc."), a public company organized under Delaware law, owns ten percent (10%) or more of SDC Financial's members units. No publicly held corporation directly owns ten percent (10%) or more of SDC's membership units. SDC, Inc.'s sole material asset is its equity interest in SDC Financial, in which it owns ten percent (10%) or more of the membership units. SDC Inc. does not directly own ten percent (10%) or more of SDC's membership units, but is the managing member of SDC Financial and, therefore, indirectly operates and controls all of the business and affairs of SDC Financial and its subsidiaries, including SDC.

|  |  |
|---|---|
| Dated: June 11, 2021 | Respectfully submitted,<br><br>*/s/ David A. Rammelt*<br>David A. Rammelt<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL  60606<br>Telephone:  (312) 212-4949<br>Email:  drammelt@beneschlaw.com<br><br>*Attorney for Petitioner SmileDirectClub, LLC* |